No. 99–1316. IN RE WOJCIECHOWSKI; and

No. 99–1351. IN RE MARCONE. Petitions for writs of mandamus and/or prohibition denied.

No. 99–859. CENTRAL GREEN CO. v. UNITED STATES. C. A. 9th Cir. Certiorari granted.

No. 99–804. CLEVELAND v. UNITED STATES. C. A. 5th Cir. Certiorari granted limited to Question 1 as presented by the petition.

No. 99–1038. EASTERN ASSOCIATED COAL CORP. v. UNITED MINE WORKERS OF AMERICA, DISTRICT 17, ET AL. C. A. 4th Cir. Motion of Institute for a Drug-Free Workplace for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 99–1185. SELING, SUPERINTENDENT, SPECIAL COMMITMENT CENTER v. YOUNG. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 99–818. GUAM ECONOMIC DEVELOPMENT AUTHORITY v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–837. CONLEY v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 99–882. COPPER ET AL. v. CITY OF FARGO ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–919. BALFOUR BEATTY BAHAMAS LTD. v. BUSH. C. A. 11th Cir. Certiorari denied.

No. 99–920. RILEY ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.